| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Weinstein, Jack B. | 2. Court or Organization<br><br>USDC-Eastern District of New York | 3. Date of Report<br><br>10/24/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☐ Final<br><br>5b. ■ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza East<br>Brooklyn, N.Y. 11201 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State savings Plan Schooling (2) |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | TeachersIns & Annuity Pensions | $15,963.00 |
| 2. 2016 | NY State Retirements System Pension | $9,312.00 |
| 3. 2016 | Judicial Retiree & Survivors | $197,798.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | Credit Card | J |
| 2. Wells Fargo | Credit Card | J |
| 3. Wells Fargo | Secured Loan | N |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo 8178  Wells Fargo Standard bank deposit | A | Interest | L | T | | | | | |
| 2. American Express Bk 3/18/19 | A | Interest | J | T | | | | | |
| 3. Amtrust Finl Pfd Services Ser D Per MTY | B | Dividend | K | T | | | | | |
| 4. Anglogold Holdings PLC due 4/15/20 | B | Interest | K | T | | | | | |
| 5. Archer Daniels due 3/15/18 | A | Interest | | | Sold | 09/29/17 | J | A | |
| 6. Assured Guaranty US Hldg Sr Note Due 07/01/24 | A | Interest | J | T | | | | | |
| 7. AT&T Inc | B | Dividend | | | Sold | 10/25/17 | K | A | |
| 8. Bank of America Internotes Medium Term Notes due 01/15/29 | | None | | | Sold | 01/03/17 | J | A | |
| 9. Blackrock FDS II (Long Term) | A | Interest | | | Sold | 01/19/16 | K | A | |
| 10. Buckeye Partners lp-due 8/15/19 | B | Interest | K | T | | | | | |
| 11. Citigroup Inc Subordinated due 06/10/25 | | None | | | Sold | 01/03/17 | J | A | |
| 12. Conocophillips | A | Dividend | K | T | | | | | |
| 13. Entergy Corp due 09/15/20 | A | Interest | J | T | | | | | |
| 14. Federated Income SECS | A | Dividend | K | T | | | | | |
| 15. First TR Value Line | B | Dividend | K | T | Buy | 01/05/17 | K | | |
| 16. Franklin Income FD | B | Dividend | L | T | | | | | |
| 17. Glaxosmithkline PLC_ADR | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Global BD FD - Voya Mutual Funds (Short Term) | A | Dividend | | | Sold | 01/19/16 | J | A | |
| 19. Goldman Sachs Group Inc Notes Medium Terms Notes due 08/15/27 | A | Interest | J | T | | | | | |
| 20. Goodyear Tire & Rubber Company GTD due 05/31/26 | A | Interest | K | T | | | | | |
| 21. Hewlett-Packard Co due 12/9/21 | | None | | | Sold | 01/03/17 | K | A | |
| 22. Hometrust Bank clyde nc 8/26/21 | A | Interest | K | T | | | | | |
| 23. Juniper Networks Inc Sr Note Due 06/15/25 | | None | | | Sold | 01/03/17 | J | A | |
| 24. Kinder Morgan Ener Part Sr Unsecured Note due 09/01/24 | | None | | | Sold | 01/03/17 | J | A | |
| 25. Kohl's Corp Sr Unsecured Callable due 07/17/25 | | None | | | Sold | 01/03/17 | J | A | |
| 26. Mainstay High Yield Corp Bond FD CL C | B | Dividend | K | T | | | | | |
| 27. Metlife Inc - 8/15/18 | A | Interest | J | T | | | | | |
| 28. Morgan Stanley Sub Medium Term Notes due 09/08/26 | | None | | | Sold | 01/03/17 | K | A | |
| 29. Nuveen Invt Fds Inc Real Asset Income FD Cl C | A | Dividend | K | T | | | | | |
| 30. Oppenheiner Funds Stellpath MLP Alpha FD | C | Dividend | K | T | Sold (part) | 01/05/17 | K | D | |
| 31. Pimco Income (1,655,629shs) | C | Dividend | L | T | Sold (part) | 01/05/17 | K | A | |
| 32. Pimco Income (904,605shs) | C | Dividend | | | Sold | 02/22/17 | J | A | |
| 33. Pimco Income (90,164shs) | C | Dividend | | | Sold | 02/28/17 | J | A | |
| 34. Pioneer SER TR IV Multi Asset Income FD | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Principal Global DIV Income Fd | A | Dividend | K | T | | | | | |
| 36. Proshares TR S&P Midcap | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 37. Public Storage PFD PERP SER C Cum - 05/17/16 | B | Dividend | K | T | | | | | |
| 38. Putnam Diversified Income TR SBI CL C | B | Dividend | K | T | | | | | |
| 39. Raymond James Financial Senior note due 04/01/24 | A | Interest | K | T | | | | | |
| 40. Time Warner Cable Inc due 2/1/20- Previously 8/15/19 | A | Interest | J | T | | | | | |
| 41. Verizon Communications COM | B | Dividend | K | T | | | | | |
| 42. Viacom Inc Sr Unsecured Callablel Due 09/01/23 | | None | | | Sold | 01/03/17 | J | A | |
| 43. Standard bank deposit Wells Fargo | A | Interest | J | T | | | | | |
| 44. Alcoa Inc | B | Interest | K | T | | | | | |
| 45. Amherst NY Dev Corp Stdnt Hsg Fac Rev UBF due 10/1/30 | A | Interest | K | T | | | | | |
| 46. Brookhaven NY open space preservatoin 11/1/21 | A | Interest | | | Sold | 08/22/17 | J | A | |
| 47. Buckeye Partners LP | A | Interest | | T | Buy | 02/27/17 | J | | |
| 48. Buckeye Partners LP | A | Interest | | | Sold | 11/29/17 | J | A | |
| 49. Buffalo NY Fiscal Stability Auth 9/1/21 | A | Interest | J | T | | | | | |
| 50. First TR Value Line FVD | A | Dividend | K | T | Buy | 01/31/17 | K | | |
| 51. First TR Value Line FVD | A | Dividend | J | T | Buy | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First TR Value Line FVD | A | Dividend | J | T | Buy | 05/19/17 | J | | |
| 53. First Trust Water | A | Dividend | | | Buy | 02/02/17 | J | | |
| 54. First Trust Water | A | Dividend | | | Sold | 09/11/17 | J | A | |
| 55. Goldlman Sachs BK USA due 1/14/19 | B | Interest | K | T | | | | | |
| 56. Ishares Nasdaq Biotechnology | A | Dividend | | | Buy | 01/04/17 | K | | |
| 57. Ishares Nasdaq Biotechnology | A | Dividend | | | Sold | 05/17/17 | K | B | |
| 58. Long Island Power Authority NY 05/1/38 | A | Interest | K | T | Buy | 03/15/16 | K | | |
| 59. Metropolitan Transit Auth NY Rev RFDG Ser D due 11/15/32 | A | Interest | J | T | | | | | |
| 60. Metropolitan Transit Auth NY Rev for Issues due 11/15/38 | A | Interest | K | T | Buy | 01/31/17 | K | | |
| 61. Metropolitan Transit Auth due 11/15/38 | B | Interest | K | T | | | | | |
| 62. Metropolitan Transit Auth due 11/15/43 | A | Interest | J | T | | | | | |
| 63. Metropolitan Transit Auth due 11/15/25 | A | Interest | | | Sold | 11/15/16 | J | A | |
| 64. Metropolitan Transit Auth NY Rev Due 11/15/34 | A | Interest | K | T | | | | | |
| 65. Nassau Cnty NY Gen Impt Ser B due 04/01/43 | A | Interest | J | T | | | | | |
| 66. New York Preref Fiscal-due 10/1/25 (name chg from NYGenl Oblig) | A | Interest | | | Sold | 10/02/17 | J | A | |
| 67. New York St Dorm Au Memorial Sloan 07/01/24 | A | Interest | J | T | | | | | |
| 68. New York St Dorm Au Pers Income 12/15/26 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New York St Dorm Au Revs -7/1/28 | A | Interest | | | Sold | 11/29/17 | J | A | |
| 70. New York St Twy Auth Gen Ser I due 1/1/37 | B | Interest | K | T | | | | | |
| 71. New York St Twy Auth Gen Rev Jr Indbt obligs due 1/1/37 | A | Interest | K | T | Buy | 02/01/17 | K | | |
| 72. New York St Urban dev corp rev st Pers Income due 3/15/36 | A | Interest | K | T | | | | | |
| 73. NYC Transitional Fin due 7/15/37 | B | Interest | K | T | | | | | |
| 74. NYC TR Cultural Res Rev due 4/1/31 | A | Interest | J | T | Buy | 01/31/17 | J | | |
| 75. NYC TR Cultural res rev RFDG Alvin Ailey Dance fdtn due 7/1/33 | A | Interest | K | T | Buy | 02/17/17 | K | | |
| 76. NY NYC Mun Wtr fin auth Wtr Swr Sys due 6/15/33 | A | Interest | K | T | Buy | 01/31/17 | K | | |
| 77. NYS 34 Dorm Auth Revs Non St Supported debt due 10/1/33 | A | Interest | K | T | Buy | 01/31/17 | K | | |
| 78. NYS Dorm auth st pers inc tax rev due 12/15/34 | A | Interest | K | T | Buy | 02/17/17 | K | | |
| 79. NYS Dorm Auth St Pers Income Tax Rev due 2/15/35 | A | Interest | K | T | Buy | 02/03/17 | K | | |
| 80. NY Dorm Auth rev due 2/15/27 | A | Interest | | | Sold | 02/15/17 | J | A | |
| 81. NY Dorm Auth revs due 7/1/33 | A | Interest | | T | Buy | 02/17/17 | K | | |
| 82. NY Dorm Auth revs due 7/1/33 | A | Interest | | | Sold | 11/29/17 | J | A | |
| 83. NYT NYC Transitional Fin Auth Bldg due 1/15/31 | B | Interest | K | T | | | | | |
| 84. NYS Environmental FCS Corp due 6/15/33 | A | Interest | K | T | | | | | |
| 85. Oppenheimer Ultra Dividend Revenue | A | Dividend | K | T | Buy | 01/04/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Port Auth NY & NJ Cons 160 1st rev due 10/15/31 | A | Interest | K | T | | | | | |
| 87. Port Auth NY & NJ Cons 180 3rd rev due 12/15/36 | A | Interest | J | T | Buy | 02/01/17 | J | | |
| 88. Proshares S&P 500 Dividend A | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 89. Proshares Tr S&P Midcap 400 Divid | A | Dividend | K | T | Buy | 01/04/17 | K | | |
| 90. Proshares Tr Russell 2000 Divid | A | Dividend | K | T | Buy | 01/04/17 | K | | |
| 91. Rockland Co NY various purposes 8/15/21 | A | Interest | | | Sold | 08/15/17 | J | A | |
| 92. Suffolk Co NY Pub Impt Serial Ser-A 5/15/22 | A | Interest | | | Sold | 05/15/17 | J | A | |
| 93. Triborough brdg & tunl auth 11/15/33 | B | Interest | | | Sold | 09/05/17 | K | A | |
| 94. Triborough Brdg & Tunl Auth NY Revs Gen Ser A due 11/15/42 | A | Interest | J | T | Buy | 02/02/17 | J | | |
| 95. Wells Fargo - 3209 | A | Interest | L | T | | | | | |
| 96. Wells Fargo - 5184 | A | Interest | J | T | | | | | |
| 97. 3M Co | A | Dividend | J | T | | | | | |
| 98. Abbott Laboratories ABT | A | Dividend | J | T | | | | | |
| 99. Accenture PLC Ireland Shares Class A | A | Dividend | J | T | | | | | |
| 100. AFLAC Inc | A | Dividend | J | T | | | | | |
| 101. Air Products & Chemicals Inc | A | Dividend | J | T | | | | | |
| 102. American Tower Corp REIT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Amerisourcebergen Corp ABC | A | Dividend | J | T | | | | | |
| 104. Amgen Inc | A | Dividend | J | T | | | | | |
| 105. Analog Devices Inc | A | Dividend | J | T | | | | | |
| 106. AptarGroup Inc | A | Dividend | J | T | | | | | |
| 107. AT&T Inc | A | Dividend | J | T | | | | | |
| 108. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 109. Becton Dickinson & Co | A | Dividend | J | T | | | | | |
| 110. Blackrock Inc | A | Dividend | J | T | | | | | |
| 111. Broadridge Financial Solutions | A | Dividend | J | T | | | | | |
| 112. Brown and Brown Inc | A | Dividend | J | T | | | | | |
| 113. Brown-Forman Corp CL B | A | Dividend | J | T | | | | | |
| 114. Caterpillar Inc | A | Dividend | | | Sold | 01/26/17 | J | A | |
| 115. Chubb LTD | A | Dividend | J | T | | | | | |
| 116. Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 117. Clorox Company | A | Dividend | J | T | | | | | |
| 118. Colgate-Palmolive Co | A | Dividend | J | T | | | | | |
| 119. Comcast Corp New CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Commerce Bancshares Inc | A | Dividend | J | T | | | | | |
| 121. Costco Whsl Corp New | A | Dividend | J | T | | | | | |
| 122. CVS Health Corporation | A | Dividend | | | Sold | 12/06/17 | J | A | |
| 123. Disney Walt Company | A | Dividend | J | T | | | | | |
| 124. Eaton Vance Corp Non VTG | A | Dividend | J | T | | | | | |
| 125. Ecolab Inc | A | Dividend | J | T | | | | | |
| 126. Edison Intl | A | Dividend | J | T | | | | | |
| 127. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 128. Eversource Energy | A | Dividend | J | T | | | | | |
| 129. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 130. Factset Research Systems | A | Dividend | J | T | | | | | |
| 131. Federal Rlty Invt TR SBI REIT | A | Dividend | J | T | | | | | |
| 132. General Mills Inc | A | Dividend | J | T | | | | | |
| 133. Genl Dynamics Corp | A | Dividend | J | T | | | | | |
| 134. Grainger W W Inc | A | Dividend | J | T | | | | | |
| 135. Harris Corp Del | A | Dividend | J | T | | | | | |
| 136. Illinois Tool Works Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Intl Business Machines Corp | A | Dividend | J | T | | | | | |
| 138. J M Smucker Co | A | Dividend | J | T | | | | | |
| 139. Jack Henry & Assoc Inc | A | Dividend | J | T | | | | | |
| 140. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 141. Kellogg Company | A | Dividend | J | T | | | | | |
| 142. Kimberly-Clark Corp | A | Dividend | J | T | | | | | |
| 143. Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 144. McCormick & Co Inc | A | Dividend | J | T | | | | | |
| 145. McDonalds Corp | A | Dividend | J | T | | | | | |
| 146. Medtronic PLC | A | Dividend | J | T | | | | | |
| 147. Microsoft Corp | A | Dividend | J | T | | | | | |
| 148. National Fuel Gas Co | A | Dividend | | | Sold | 03/24/17 | J | A | |
| 149. New Jersey Res Corp | A | Dividend | J | T | | | | | |
| 150. Nextera Energy Inc | A | Dividend | J | T | | | | | |
| 151. Nike Inc Class B | A | Dividend | J | T | | | | | |
| 152. Novartis AG SPON ADR | A | Dividend | J | T | | | | | |
| 153. P P G Industries Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Paychex Inc | A | Dividend | J | T | | | | | |
| 155. Pepsico Incorporated | A | Dividend | J | T | | | | | |
| 156. Phillips 66 | A | Dividend | J | T | | | | | |
| 157. Polaris INDS Inc | A | Dividend | J | T | | | | | |
| 158. Praxair Inc | A | Dividend | J | T | | | | | |
| 159. Proctor & Gamble Co | A | Dividend | J | T | | | | | |
| 160. Qualcomm Inc | A | Dividend | | | Sold | 11/06/17 | J | A | |
| 161. Realty Income Corp | A | Dividend | J | T | | | | | |
| 162. Scana Corp Com | A | Dividend | | | Sold | 10/03/17 | J | A | |
| 163. Schlumberger LTD | A | Dividend | | | Sold | 06/28/17 | J | A | |
| 164. South Jersey IND Inc | A | Dividend | J | T | | | | | |
| 165. Southern Coompany/The | A | Dividend | | | Sold | 03/24/17 | J | A | |
| 166. Starbucks Corp | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 167. Stryker Corp | A | Dividend | J | T | | | | | |
| 168. Sysco Corporation | A | Dividend | J | T | | | | | |
| 169. T Rowe Price Group Inc | A | Dividend | J | T | | | | | |
| 170. Target Corp | A | Dividend | | | Sold | 06/28/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Texas Instruments Inc | A | Dividend | J | T | Buy | 06/28/17 | J | | |
| 172. TJX Cos Inc New | A | Dividend | J | T | | | | | |
| 173. United Parcel Service - B | A | Dividend | J | T | | | | | |
| 174. United Technologies Corp | A | Dividend | J | T | | | | | |
| 175. UnitedHealth Group Inc | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 176. V F Corporation | A | Dividend | J | T | | | | | |
| 177. Verizon Communications | A | Dividend | J | T | | | | | |
| 178. Versum Materials Inc | A | Dividend | J | T | | | | | |
| 179. Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 180. WEC Energy Group Inc | A | Dividend | J | T | | | | | |
| 181. XCEL Energy Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack B. Weinstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544